

# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

Bessie M. Decker
Clerk

Terry L. Ruffatto
Chief Deputy

Missy Higdon
Doneice Burnette
Rachael L. Spicknall
Kisha Taylor-Wallace
Deputies

Allison Festa
Administrative Support

Leslie Cockrell
Senior Recorder

Sandra Belt
Assistant Recorder

## N O T I C E

May 25, 2017

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated May 25, 2017

**ROGER LEE HARRIS, JR.**

1307 Nautical Circle
Baltimore, Maryland 21221

has been disbarred by consent, effective immediately, from the further practice of law in this State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this twenty-fifth day of May, 2017.

/s/ Bessie M. Decker
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554