IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 17-mc-381 |
| Roger L. Harris, Jr. | | (DISCIPLINARY) |
| | * | |
| Respondent. | | |
| | * | |

## ORDER OF RECIPROCAL DISBARMENT

Roger L. Harris, Jr., Esquire, was admitted to practice before the bar of this Court on April 4, 2005. On May 31, 2017, this Court received a copy of an order from the Court of Appeals of Maryland disbarring Respondent by consent, effective May 25, 2017. On June 2, 2017, this Court entered a show cause order requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland. On June 8, 2017, the Clerk sent the show cause order by certified mail, return receipt requested, to Respondent's last known address on file with the Clerk's Office. Respondent did not file a response and more than thirty days have expired from the date of mailing the show cause order. It is therefore,

ORDERED by the United States District Court for the District of Maryland, that Roger L. Harris, Jr., Esquire, be and hereby is, disbarred from the practice of law before this Court. This Order is entered, *nunc pro tunc*, from May 25, 2017, the date the Respondent was disbarred by the Court of Appeals of Maryland. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail. The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order as required by Local Rule 705.5(b).

Date: July 24, 2017

Catherine C. Blake, Chief Judge
United States District Court